WALLACH v. SLATER.

(Supreme Court, Appellate Term. March 14, 1907.)

MASTER AND SERVANT—WAGES—AMOUNT.

Plaintiff was employed as a salesman under an agreement "to pay you $50 per week," all moneys so advanced, including compensation, to be charged to the employé's account against a commission on net amount of sales. There was a further agreement to give a bonus of $250 if the sales for the year amounted to $50,000 net. *Held*, that the commission was to be adjusted at the end of the period of employment, and the provision for weekly withdrawals imported the agreement by the employer to pay $50 from week to week, irrespective of the question whether commissions had accrued for application to each withdrawal.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 34, Master and Servant, §§ 82–86, 89.]

Appeal from Municipal Court, Borough of Manhattan, Seventh District.

Action by Schuyler C. Wallach against Joseph P. Slater. Judgment for plaintiff, and defendant appeals. Affirmed.

Argued before GILDERSLEEVE, P. J., and DAVIS and HENDRICK, JJ.

David Sobel, for appellant.
Milton Dammann, for respondent.

DAVIS, J. The plaintiff sued to recover five weeks' unpaid salary at the rate of $50 per week. Judgment was rendered in his favor. He relied upon a written contract with the defendant. The contract in part is as follows:

"New York, Nov. 14, 1904.

"Mr. S. C. Wallach: I hereby engage you as my salesman for the year 1905, and for your loyal and exclusive services as such I agree to pay you $50 per week. I will advance your traveling expenses when on the road for me, not to exceed $60 weekly. All money so advanced, including compensation, are charged to your account, against a commission on net amount of sales at the rate of 7½ per cent., etc. * * * I also agree to give you a bonus of $250, if your sales for the year 1905 will amount to $50,000 net. * * *

"J. P. Slater.
"S. C. Wallach."

Plaintiff received the $50 for each week during the year of his employment, except for the last five weeks. The defendant refused to pay this. Hence this suit.

The judgment should be affirmed, with costs, on the authority of Isaacsen v. Andrews, 64 App. Div. 408, 72 N. Y. Supp. 177; Schlesinger v. Burland et al., 42 Misc. Rep. 206, 85 N. Y. Supp. 350; Schwerin v. Rosen, 45 Misc. Rep. 409, 90 N. Y. Supp. 407, and Weinberg v. Blum, 13 Daly, 399. All concur.